**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Blue Crates, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-2298984 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 159 N Sangamon | |
| Number  Street | Number  Street |
| Suite 200 | |
| | P.O. Box |
| Chicago  IL  60607 | |
| City  State  ZIP Code | City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cook County | 1500 S. Western Ave. |
| County | Number  Street |
| | |
| | Chicago  IL  60608 |
| | City  State  ZIP Code |

5. **Debtor's website** (URL)    www.bluecrates.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

Debtor  **Blue Crates, LLC**                                                      Case number (if known) _____
        Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
|   |   | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|   |   | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|   |   | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|   |   | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|   |   | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|   |   | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|   |   | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

493100

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
|   |   | ☐ Chapter 7 |
|   |   | ☐ Chapter 9 |
|   |   | ☑ Chapter 11. *Check **all** that apply:* |

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
|   |   | ☐ Yes.  District _____  When _____  Case number _____ |
|   |   |                               MM / DD / YYYY |
|   |   |         District _____  When _____  Case number _____ |
|   |   |                               MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|---|
|   |   | ☐ Yes.  Debtor _____  Relationship _____ |
|   |   |         District _____  When _____ |
|   |   |                                     MM / DD / YYYY |
|   |   |         Case number, if known _____ |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor   Blue Crates, LLC                                    Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
       Number    Street

_____

_____    _____    _____
City                                                                   State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  Blue Crates, LLC
_____  Case number (*if known*)_____
Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/26/2021
              MM / DD / YYYY

✘ /s/ Michael Walker                                    Michael Walker
Signature of authorized representative of debtor         Printed name

Title  Authorized Agent

**18. Signature of attorney**

✘ /s/ John Hiltz                                         Date  03/26/2021
Signature of attorney for debtor                               MM / DD / YYYY

John Hiltz
Printed name

Hiltz Zanzig & Heiligman LLC
Firm name

53 West Jackson Blvd. 1301
Number    Street

Chicago                                                  IL          60604
City                                                     State       ZIP Code

312-566-9008                                             jhiltz@hzhlaw.com
Contact phone                                            Email address

IL No. 6289744                                           IL
Bar number                                               State

**Fill in this information to identify the case:**

Debtor name: Blue Crates, LLC

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Doorage, Inc.<br>c/o Adam S. Tracy, Registered Agent<br>2100 Manchester Rd, Ste 615<br>Wheaton, IL, 60187 | | Alleged Copyright Infringement | Disputed<br>Unliquidated<br>Contingent | | | 1,000,000.00 |
| 2 | Midland Properties Western, LLC<br>c/o Eileen B. Trost, Registered Agent<br>311 S Wacker Dr #3000<br>Chicago, IL, 60606 | | Commercial Lease | Unliquidated<br>Contingent | | | 80,000.00 |
| 3 | JP Morgan Chase Bank, N.A.<br>2 North LaSalle St.<br>Chicago, IL, 60602 | | Credit Card Debt | | | | 30,947.20 |
| 4 | Law Offices of Mark E. Wiemelt, P.C.<br>31 E. Ogden Ave., #123<br>La Grange, IL, 60525 | | Attorney Fees | | | | 3,880.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Blue Crates, LLC
Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

United States Bankruptcy Court
Northern District of Illinois

In re: Blue Crates, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/26/2021

/s/ Michael Walker
Signature of Individual signing on behalf of debtor

Authorized Agent
Position or relationship to debtor

1500 South Western Avenue
Chicago, IL 60608

David A Oliver , Jr.
21122 Glen Willow Drive
Tomball, TX 77375

David Loren Christlieb
Littler Mendelson, P.C.
321 N. Clark Street, Suite 1000
Chicago, IL 60654

Doorage, Inc.
c/o Adam S. Tracy, Registered Agent
2100 Manchester Rd, Ste 615
Wheaton, IL 60187

JP Morgan Chase Bank, N.A.
2 North LaSalle St.
Chicago, IL 60602

Law Offices of Mark E. Wiemelt, P.C.
31 E. Ogden Ave., #123
La Grange, IL 60525

Midland Properties Western, LLC
c/o Eileen B. Trost, Registered Agent
311 S Wacker Dr #3000
Chicago, IL 60606

Sean Sandona, President
751 N. Lively Blvd.
Elk Grove Village, IL 60007

Sharon Kay Jackson
7300 Brompton Road #5334
Houston, TX 77025